IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

# FILED

JUL 2 2 2014

PATRICK KEANEY
Clerk, U.S. District Court

By_____
         Deputy Clerk

Donald Wright,
        Plaintiff,

Sommer Wright,
        Plaintiff,

Janea Beene,
        Plaintiff,

Case No. CIV 1 4 - 2 9 6 - K E W

v.

Tim Turner,
        Defendant,
Personal Capacity,

Brian Spencer,
        Defendant,
Personal Capacity,

Jennifer H. McBee,
        Defendant,
Personal Capacity,

## PETITION COMPLAINT

COMES NOW, Plaintiffs, Sommer Wright, and Janea Beene, Pro se, for Complaint alleges and

states as follows:

1.  That on July 7, 2014, a Funky Warrant was signed by Jennifer H. McBee, from an Affidavit with Attachment that has not been served to the Plaintiffs for challenges with a reference number and/or  Case Number. There is NO Proof that what is described in said Warrant is true and/or fact. This Funky Munky Professional place of Business sells souvenirs and novelty items to the public that has been in business for a long time in the community and always been in the legalness of all laws. There are even other novelty and souvenir places of Business in Oklahoma.

## NATURE OF ACTION

2.  This is an action to recover compensatory and punitive damages for the fraudulent

and tortious conduct of defendants, to restrain defendants and their co-conspirators from engaging in tortious conduct in the future, and to compel defendants to disgorge the proceeds of their tortious conduct.

3. Defendants have engaged in an ongoing, organized, and orchestrated conspiracy to commit fraud on a long time established business in the community. In all event respects, defendants have acted in concert with each other to further their fraudulent scheme.

4. Defendants their various agents and employees and their co-conspirators formed a conspiracy with themselves and others to preserve and expand Funky warrant. Each defendant has participated in the operation of the conspiracy and has committed numerous acts to maintain and expand the conspiracy.

5. To evade discovery of their fraudulent conduct and to avoid the loss of profits resulting from such discovery defendants have perpetrated an elaborate and organized scheme of deception, defamation, and harassment aimed at discrediting and retaliating against the Plaintiff, who has become a strident public critic of the defendants' illegal activities, and causing the Plaintiff to suffer substantial injuries.

6. The effect of defendants' fraudulent scheme and wrongful conduct continues to this day; defendants are continuing unlawful and tortious conduct; and unless restrained by this Court Defendants are likely to continue their fraudulent and unlawful conduct on others in the future.

## I.  **JURISDICTION**

7. This Court has federal question jurisdiction pursuant to 28 U.S.C. g 1332 (a)(1). In addition or in the alternative, this Court has diversity jurisdiction pursuant to 28 U.S.C. G 1332 (a)(2). The action concerns a disputed amount in excess of $75,000. Each defendant individually and via the conspiracy actively to and does engage in issuing funky warrants. Additionally, each defendant has to this action maintains or participates directly or indirectly in an fraud funky warrant scheme. This Court also has Jurisdiction under:

## R.I.C.O.

## FRAUD
## CONSPIRACY/OBSTRUCTION OF JUSTICE

**PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS TITLE 42 USC 1983, 1981, 1985, 1988, TITLE 18 USC 241, 242, 1512, 1968, 1964, FOR INJUNCTIVE AND DECLARATORY RELIEF AND OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE, LAWFUL, AND JUST**

## II.   VENUE

8. Venue is proper in the Eastern District of Oklahoma pursuant to 28 U.S.C.g 1391(b) because a substantial portion of the events from which this dispute arise and Plaintiff's claimed injuries occurred in the Eastern District of Oklahoma.

## III.   PARTIES

9. Plaintiffs individuals, are citizens of the State of Oklahoma. At all times material to this action, Plaintiffs were resident of Oklahoma.

10. "John Doe" Defendants 1-20 are persons or business entities not yet identified, known/unknown citizens of the States, who have actively participated in aided, and abetted the named defendants' conspiratorial scheme.

## IV.   FACTS

**A.   The Ever-growing Problem of Fraud**

11. The problem of so-called fraud is one of the most serious problems facing society

today.

Reference:

### Asset forfeiture both an effective tool, civil-liberties nightmare

http://www.chron.com/news/nation-world/article/Asset-forfeiture-both-an-effective-tool-4546043.php

By Stewart M. Powell | May 24, 2013

Corporations, rather than mafia bosses, have forked over what U.S. Department of Justice officials have described as some of the largest cases in U.S. history, based on data and documents from the fiscal year 2010-2012.

In a photo, Stanford Financial Group's assets were pictured. They were auctioned in attempts to raise money to repay victims of imprisoned R. Allen's Stanford on Sept. 27, 2012, in Houston.

Federal asset forfeiture is both an effective crime-fighting tool and a civil-liberties nightmare that has victimized many innocent citizens, a Hearst investigation has found.

Fifteen federal agencies have the power to seize assets. Over the past dozen years, those agencies have taken more than $20 billion in cash, securities and other property from scruffy drug dealers, pinstriped Wall Street tycoons _ and ordinary Americans who have not committed crimes.

"The government is going seizure crazy," says attorney Philip Hilder, who formerly led the busy Houston field office of the Justice Department's organized crime strike force.

Seizures have grown more than 600 percent over the past decade.

Federal agents often pursue forfeiture through sealed documents _ or avoid the court system entirely by seizing assets without charging the owners with any crime, a procedure called "administrative forfeiture." The result: Thousands of cases each year where the feds take cash, guns or other items from U.S. citizens without a judge or jury.

The federal forfeiture system is self-sustaining, and operates without direct congressional scrutiny. Sen. Charles Grassley, R-Iowa, calls it "a slush fund for the federal government."

While the practice has increasingly targeted cybercrime, Wall Street scams and global money-laundering, it has also also snared individuals ill-equipped to fight the seizure of their assets _ and in several recent cases, judges have chastised the government for overreaching and targeting innocent citizens.

While it's difficult to fight forfeiture _ only about one percent of federally seized property is returned to

former owners _ some people have succeeded in getting their property back, often with the help of

civil-liberties                                                                                            groups.

The New Mexico branch of the American Civil Liberties Union succeeded in getting nearly $17,000 in

cash returned to an African-American father and son, Steven Skinner and Jonathon Breasher, whose

money was seized with no evidence of criminal wrongdoing after a traffic stop.

**Declaratory Relief:**

1. Pursuant to the provisions of 28 U.S.C./ g 2201 and Fed. R. Civ P.55, that this Court declare that the statements reported by affidavit are true and accurate.

**Equitable Relief:**

1.    Pursuant to Fed. R. Civ. P. 65 (d), that this Court enter a permanent injunction prohibiting Defendants acting in more fraud, and each of its representative, agents, servants, employees, attorneys, and all persons acting in concert with each defendant do the same.

2.    Pursuant to Fed. R. Civ P. 65(d), that this Court enter a permanent injunction prohibiting each defendant and his representatives, agents, servants, employees, attorneys, and all persons acting in concert with each defendant, by means of false, deceptive, or misleading speech, from communicating in writing and other means.

3.    That this Court grant Plaintiffs, such other and further relief as the Court deems necessary and appropriate.


**CONCLUSION**

WHEREFORE, Plaintiffs moves and prays this court for judgment against

Defendants in an Amount of One Million Dollars ($1,000,000) or to be determined by

a jury demanded, too compensate for damages including but not limited to: monetary,

personal, punitive, injunctive and specific performance relief and damages; all costs and fees, to

be collected by the court; all reasonable attorney fees costs to be collected by the court; Grant of

Judgment and all subsequent future appellate pleadings and cessation of withholding;

Immediate reinstatement of all constitutional rights. Immediate return of **all** property. *Injunction*

*for cessation of all federal funds to the State of Oklahoma, if any pursuant USC penalties for*

federal civil rights Violations; willfully contrary to the Health and Welfare of the Nation under

Title 42 USC §1983, 1985, & 1986; and for such other relief including criminal prosecution of

Defendants, as this court deems just and proper. Plaintiffs, also reserves all rights to

compensation for any other damages rights reserved for future amendment to this petition and/or

the Federal Government has a financial interest. Request release of all funds in Bank accounts held by

any agent Defendants and/or for Writ of Execution of this Civil Judgment.

Signed this 22 day of July, 2014.

Respectfully Submitted:

Donald Wright, Pro se [At Present]
Plaintiff, 1528 Pocahontas Rd.
McAlester, Oklahoma
74501

Sommer Wright, Pro se [At Present]
Plaintiff, 1528 Pocahontas Rd.
McAlester, Oklahoma
74501

Janea Beene, Pro se/[At Present]
Plaintiff, 234 Spears Ln.
Harthhorne, Ok. 74547

Defendants:

Tim Turner
District 18 Drug Task Force
100 Airport Road
McAlester, Ok. 74501

Jennifer H Mcbee
115 East Carl Albert Parkway
3rd floor, court room #4

McAlester, Oklahoma 74501


Brian Spencer
McAlester Police Department
28 East Washington
McAlester, Oklahoma 74501