# AFFIDAVIT

I, Janea Marlene Beene, make the following statement, true to the best of my knowledge, and state as follows:

I sold the Business of the Funky Munky to my daughter, Sommer Wright, in January of 2014

A verbal agreement for 150.000 at 600.00 a month, or whenever she could pay.

She bought the building, the business, and inventory. I was not selling the incense product at this time. Because the company we were buying the incense from, was being tested to make sure it was compliant with law.

My Husband Joe Beene called me I believe in the month of Mid April, 2014, and told me there was some DEA agents that came to our home wanting to talk to me and were on their way to find me so I waited at the Funky Munky Business and two of them pulled up in a pickup truck, approached me and said they were giving me a get out of jail free card, warning me to stop selling the incense. I told them I didn't own the business and was not selling it at the time I sold the store. They wanted to know who owned the building, and I said it was still in my name and they told me if she continued to sell the incense, even thou it was still legal, they were going to get me also, and go back through all the time I was selling it. I called my daughter and got her on the phone and she argued the point that she was not doing anything wrong and was compliant with the law. After a couple of weeks or so, Sommer and I consulted a Lawyer, (Jim Gotcher) who said it was not illegal and go ahead and sell it, so she did.

I deeded the building to Sommer and Donald for $30.000 and the rest (business and inventory) was to be paid at a later date, at her convenience when she felt she was on her feet.

July 7th 2014

Sommer called me and said the DEA and Police officers were at the store and had Leslie (an employee) sitting in the corner while the officers were searching through the store.

My Husband Joe Beene, and I drove to the store and stood on the porch at our vacant rent house next door. Attorney Terry Harrison was also there. The officers had Leslie in a police car questioning her. Attorney Terry Harrison, went to the window of the police car to sit with her while she was being questioned, but they wouldn't let him in the car.

I ask Sommer how much she had in her account because she hadn't paid the full amount she owed me. She happen to have a check and wrote me a $70.000 dollar check that I took straight to the First National Bank of McAlester and deposited it in my savings account while my Husband fed my granddaughter at Braums. We returned to the store within the hour.

I pulled up at the same place by the Funky Munky and got out of the car, walked over to the police

car where Sommer and Donald were both standing, talking to the officers, When two more officers came out of the store with one sandwich baggie of money and some other things in baggies. The officer was saying he had to count it later in front of someone, I didn't understand who, but he needed Sommer to sign something.

I had to leave at that time, I was going to a Mary Kaye Party so I rode over there with my Youngest Daughter Tiara Thompson, and when we were though we went back to the store and while I was sitting in her car they were all getting ready to leave. A DEA officer came up to me (the one that visited me in April) and asked if I really didn't own the building anymore and informed me that no one was in trouble, they were not calling in the media, no one is going to be arrested. He said after talking to Donald and Sommer he could tell they were nice people and everything was going to work out and they were going to get through this. As they were leaving I heard one officer say, we didn't take everything because we're tired of inventorying and we're hungry, and then laughed, got in a vehicle and left. The next morning they froze my account and stole my $70.000 out of my savings account at the First National Bank of McAlester.

SUBSCRIBED AND SWORN TO            )
BEFORE ME, on the                   )
18th day of July, 2014   )
                                    )
                                    )
*Claud L. Burger*                   )   Janea Marlene Beene
NOTARY PUBLIC                       )   *Janea Marlene Beene*
My Commission expires: 12/17/2016   )

[Notary Seal: CLAUD L. BURGER, NOTARY PUBLIC, No. 04011357, EXP. 12/17/2016, IN AND FOR STATE OF OKLAHOMA]